PER CURIAM.
Affirmed. See Food Fair Stores of Florida, Inc. v. Patty, 109 So.2d 5 (Fla.1959); Nance v. Winn Dixie Stores, Inc., 436 So.2d 1075 (Fla. 3d DCA 1983), rev. denied, 447 So.2d 889 (Fla.1984); Camina v. Parliament Insurance Co., 417 So.2d 1093 (Fla. 3d DCA 1982); Winn-Dixie Stores, Inc. v. Guenther, 395 So.2d 244 (Fla. 3d DCA 1981); Sammons v. Food Fair Stores of Florida, Inc., 118 So.2d 231 (Fla. 2d DCA 1960).